AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Denise Angelina Debrunner;<br><br>(See Attached List for Additional Names)<br><br>*Plaintiff(s)*<br><br>v.<br><br>The City and County of San Francisco, a municipal corporation and administrative division of the State of California;<br>(See Attached List for Additional Names)<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Paul M. Jonna, Esq.
    LiMandri & Jonna LLP
    P.O. Box 9120
    Rancho Santa Fe, CA 92067
    Tel: (858) 759-9930

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                               *Signature of Clerk or Deputy Clerk*

*Denise A. Debrunner, et al. v. The City and County of San Francisco, et al.*

## ATTACHMENT TO SUMMONS

### List of Plaintiffs and Defendants

_____

**PLAINTIFFS:**

1. Denise Angelina Debrunner
2. Gregory Edward Latus
3. Philip Charles Helmer
4. Gerald Burton Newbeck
5. John Leong
6. Jonathan Shiroi Tong
7. Alicia Ann Worthington
8. Miguel Gonzalez
9. Joseph John Porta
10. Roger Cormier Morse
11. Nicholas Alexander Suslow
12. Christopher Smith
13. Michael David Vannucchi
14. Antonio Landi
15. Matthew Brian Ortega
16. Brendan Thomas Aristotle Caraway
17. Micah Alexander Norris
18. Christopher Robert Salazar, Jr.
19. Gordon Lee Shyy
20. Christopher John Costa
21. Shyrle Marina Hawes
22. John Brandon Hoge
23. Joel Evan Aylworth
24. John Payton Quinlan
25. Anthony Srinivas
26. Addyson James Aguirre
27. Ruben Antonio Aguirre
28. Juan Daniel Gustilo III
29. Paul Brice Lujano
30. Randall M. Soohoo
31. Christopher Thomas Sabella
32. Mykael S. Thompson
33. Robby Winston Willkom
34. Krystel Fortie
35. Stephanie Fujihara
36. James Kenneth Lewis III
37. Viola Christina Molano McCall
38. Dennis Charles Tupper, Jr.
39. Joshua Collin Tupper
40. Herschel Julian Ticzon
41. Carson Robert Schilling
42. Sarah Badr
43. Kiera Noelle O'Shea
44. Marilyn Taylor
45. Dr. Susan Ruth Downs
46. Robert Seth Geller
47. Novia Chandra-Madejski
48. Runjohnya Burgess
49. Katrina Ann Meier
50. Monica Lissette Gutierrez
51. Orchid Zoe Soh
52. Kristin C. Lavelle
53. Lusiana Barajas
54. Abby Mara Thrasher

*Denise A. Debrunner, et al. v. The City and County of San Francisco, et al.*

## ATTACHMENT TO SUMMONS

### List of Plaintiffs and Defendants

---

| | | | |
|---|---|---|---|
| 55. | Dheyanira E. Calahorrano | 84. | Hector Manuel Rodriguez |
| 56. | Leonidas Rosales Escalante | 85. | Norma Anne Sepulveda |
| 57. | Mei Mei Zhu | 86. | Hector Rodriguez |
| 58. | Nicole Bowman | 87. | Christopher Joseph Krol |
| 59. | Meagen Carolyn Clendenen | 88. | Michael John Bouvier |
| 60. | Cora Hermoso | 89. | Valerio Josif |
| 61. | Jessica Lynn Johnson | 90. | Jeffrey Steven Miller |
| 62. | Karlyne Michelle Konczal | 91. | Michael Glisson, Jr. |
| 63. | Juan Pablo Poncia | 92. | Glen Ryan Ideta |
| 64. | Nubia Vargas | 93. | Derek Wray |
| 65. | Kaitlyn Michelle Valencia | 94. | Paul Gabriel Jacowitz |
| 66. | Joseph John Casteel | 95. | Robert T. Kruger III |
| 67. | John Joseph Mullen | 96. | Maria Marcela Hodgers |
| 68. | Ronald Michael Tolentino | 97. | Matthew Vincent Juan |
| 69. | Owen Glen Brantley | 98. | Eric M. Prado |
| 70. | Kevin Russell Gustafson | 99. | Nathan Sablan |
| 71. | Michael Anthony Sorini | 100. | Joseph Stephen Jacowitz |
| 72. | Martin Joseph Walsh | 101. | Kevin Zapanta Contreras |
| 73. | Patrick Gerard Daly | 102. | Vicki Lynn Solls Davis |
| 74. | Refugio J. Garcia | 103. | Attila Michael Foti |
| 75. | Randall Ray Gerhart | 104. | Reginald Bernard Snelgro |
| 76. | Patrick Francis Mullen | 105. | Alexander Lavrov |
| 77. | Tina Louise Sanchez | 106. | Joaquin Valle |
| 78. | Walter Santo Varo | 107. | Kevin Breston |
| 79. | Scott Pepito | 108. | Leroy L. Vance |
| 80. | James R. Sutherlin | 109. | Lenard Morris |
| 81. | Richard David Fields | 110. | Dickmar Nova Rodas |
| 82. | William Daniel Brennan | 111. | Rachid Amghar |
| 83. | Eugenia Marie Casteel | 112. | Bhanu Vikram |

*Denise A. Debrunner, et al. v. The City and County of San Francisco, et al.*

## ATTACHMENT TO SUMMONS

### List of Plaintiffs and Defendants
_____

113. Michael Patrick Bourne
114. Derell Rutherford
115. Suzanne Borg
116. Denise Arevalo
117. Megan Boyle
118. Elizabeth Ng
119. Sasa Galuega
120. Priscilla Sau Lenh
121. Andrea Salfiti
122. Doris Nauer
123. Vivian Hyun
124. Alden Francisco Bello
125. Yohei Kakuda
126. Heather Susan Tyks
127. Vince Bryant-Teasdale
128. Oliver Sampson Hughes
129. Johanna Josepha Coble
130. Jerry Wayne Schulze
131. Zhangrui Nie
132. Marcos Palacio
133. Genta Yoshikawa
134. Kent Nishimura
135. Simon Can Hui Yep

*Denise A. Debrunner, et al. v. The City and County of San Francisco, et al.*

## ATTACHMENT TO SUMMONS

### List of Plaintiffs and Defendants
_____

**DEFENDANTS:**

1. **The City and County of San Francisco**, a municipal corporation and administrative division of the State of California

2. **London Breed** in her individual capacity and in her official capacity as Mayor of San Francisco

3. **Carol Isen**, in her individual capacity and in her official capacity as the Human Resources Director of the City and County of San Francisco

4. **Kate Howard**, in her individual capacity and in her official capacity as the Deputy Director of Human Resources for the City and County of San Francisco

5. **Mawuli Tugbenyoh**, in his individual capacity and in his official capacity as Chief of Policy for the City and County of San Francisco

6. **Janie White**, in her individual capacity and in her official capacity as the Medical Leave Program Manager for the City and County of San Francisco

7. **Jessica Comes**, in her individual capacity and in her official capacity as the Citywide Reasonable Accommodation Coordinator for the City and County of San Francisco

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: