United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE ANGELINA DEBRUNNER, et al.,

Plaintiffs,

v.

MAWULI TUGBENYOH, et al.,

Defendants.

Case No.  22-cv-07455-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Keene v. City and County of San Francisco*, 22-cv-01587-JSW.

**IT IS SO ORDERED.**

Dated: January 26, 2023

THOMAS S. HIXSON
United States Magistrate Judge