1  MICHAEL BRUNO (SBN: 166805)
   ALYSON CABRERA (SBN: 222717)
2  MANA KOLEINI (SBN: 304381)
   PAMELA NG (SBN: 273036)
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054
   mbruno@grsm.com
6  acabrera@grsm.com
   mkoleini@grsm.com
7  png@grsm.com

8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
10

11              UNITED STATES DISTRIC COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SELINA KEENE, | ) |
| Plaintiff, | ) LEAD CASE NO.: 22-cv-01587-JSW |
|  | ) ORDER GRANTING |
| vs. | ) **MOTION FOR SUBSTITUTION OF FIRM** |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |
| Defendants. | ) |
| DAVID GOZUM, | ) |
| Plaintiff, | ) CASE NO.: 22-cv-03975-JSW |
| vs. | ) |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |
| Defendants. | ) |
| JOSEPH COOK, | ) |
| Plaintiff, | ) CASE NO.: 22-cv-07645-JSW |
| vs. | ) |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |

-1-
**MOTION FOR SUBSTITUTION OF FIRM**

|   |   |   |
|---|---|---|
| | Defendants. ) ) ) | |
| APRIL MONEGAS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 22-cv-04633-JSW |
| Plaintiff, | | |
| vs. | | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH | | |
| Defendants. | | |
| CHARLOTTE R. SANDERS, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 23-cv-00211-JSW |
| Plaintiff, | | |
| vs. | | |
| SAN FRANCISCO PUBLIC LIBRARY et al. | | |
| Defendants. | | |
| DENISE ANGELINA DEBRUNNER et al., | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 22-cv-07455-JSW |
| Plaintiff, | | |
| vs. | | |
| CITY AND COUNTY OF SAN FRANCISCO et al. | | |
| Defendants. | | |
| THADDEUS SALEEM SHAHEED, et al., | ) ) ) ) ) ) ) ) ) ) | CASE NO.: 22-cv-06013-JSW |
| Plaintiff, | | |
| vs. | | |
| CITY AND COUNTY OF SAN FRANCISCO et al. | | |
| Defendants. | | |
| JOSE GUARDADO, et al., | ) ) ) ) ) ) | CASE NO.: 22-cv-04319-JSW |
| Plaintiff, | | |
| vs. | | |

-2-
**MOTION FOR SUBSTITUTION OF FIRM**

| | |
|---|---|
|1| CITY AND COUNTY OF SAN            )|
| | FRANCISCO et al.                         )|
|2|                                        )|

1  CITY AND COUNTY OF SAN                )
   FRANCISCO et al.                                  )
2                                                                )
                                  Defendants.        )
3                                                                )

4

5   Pursuant to Civil L.R. 5-1 (c) (2) and Civil L.R. 11-5, Defendant CITY AND COUNTY

6   OF SAN FRANCISCO hereby seeks to have all of its current attorneys of record removed from

7   the lead and all related cases and to have the following attorneys substitute in as counsel of

8   record:

9   **NEW COUNSEL:**
    Michael Bruno (SBN: 166805)
10  275 Battery Street, Suite 2000
    San Francisco, CA 94111
11  Phone:  (415) 986-5900
    Fax: (415) 986-8054
12  Email:  mbruno@grsm.com

13

14  Alyson Cabrera (SBN: 222717)
    275 Battery Street, Suite 2000
15  San Francisco, CA 94111
    Phone: (415) 986-5900
16  Fax: (415) 986-8054
    Email: acabrera@grsm.com
17
    Mana Koleini (SBN: 304381)
18  275 Battery Street, Suite 2000
    San Francisco, CA 94111
19  Phone:  (415) 986-5900
    Fax: (415) 986-8054
20  Email: mkoleini@grsm.com

21  Pamela Ng (SBN: 273036)
    275 Battery Street, Suite 2000
22  San Francisco, CA 94111
    Phone:  (415) 986-5900
23  Fax: (415) 986-8054
    Email: png@grsm.com
24

25  The current attorneys of record who need to be removed are as follows:

26  Keene; Case No. 22-cv-01587-JSW: Deputy City Attorneys Adam Shapiro, Dante Taylor,
27  Lauren Wood, and Peter Cownan.

28  Gozum; Case No. 22-cv-03975-JSW: Deputy City Attorney Amy Super.

-3-
**MOTION FOR SUBSTITUTION OF FIRM**

Cook; Case No. 22-cv-07645-JSW: Deputy City Attorneys Dante Taylor and Amy Super.

Monegas; Case No. 22-cv-04633-JSW: Deputy City Attorney Peter Cownan.

Sanders; Case No. 23-cv-00211-JSW: Deputy City Attorney Adam Shapiro.

Debrunner; Case No. 22-cv-07455-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

Shaheed; Case No. 22-cv-06013-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

Guardado; Case No. 22-cv-04319-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

## CONSENT TO SUBSTITUION OF COUNSEL

Defendant City and County of San Francisco hereby consents to the aforementioned substitution of counsel.

By: *Lauren E. Wood*

Its: Deputy City Attorney Lauren E. Wood on behalf of CCSF

Dated: November 6, 2023

The substitution of firm is hereby approved and so ORDERED:

DATE: November 17, 2023

*Jeffrey S. White*
Jeffrey S. White
United States District Judge